# EXHIBIT D

**CM-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FILED FOR COURT USE ONLY |
|---|---|
| Dow W. Patten (135931) 888 S. Figueroa St., Suite 1120<br>Los Angeles, CA 90017 | SUPERIOR COURT<br>OF CALIFORNIA<br>COUNTY OF SONOMA<br><br>MAR - 6 2018<br><br>BY LATE<br>DEPUTY CLERK |

TELEPHONE NO.: 415-402-0084          FAX NO. *(Optional):* 415-520-0104
E-MAIL ADDRESS *(Optional):* dow@smithpatten.com
ATTORNEY FOR *(Name):* Plaintiff David Ruschke

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 3035 Cleveland Ave. , Santa Rosa, CA 95403
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

SCV – 261529
CM300
Case Management Statement
51391

PLAINTIFF/PETITIONER: Dr. David Ruschke

DEFENDANT/RESPONDENT: Medtronic, PLC, et. al.

| CASE MANAGEMENT STATEMENT | | CASE NUMBER: |
|---|---|---|
| *(Check one):* ☑ UNLIMITED CASE<br>(Amount demanded<br>exceeds $25,000) | ☐ LIMITED CASE<br>(Amount demanded is $25,000<br>or less) | SCV-261529 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: March 20, 2018          Time: 3 p.m.          Dept.: 16          Div.:          Room:

Address of court *(if different from the address above):*
3035 Cleveland Ave. , Santa Rosa, CA 95403

☐ Notice of Intent to Appear by Telephone,  by *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1.  **Party or parties** *(answer one):*
    a. ☑ This statement is submitted by party *(name):*  Dr. David Ruschke
    b. ☐ This statement is submitted jointly by parties *(names):*

2.  **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
    a. ☐ The complaint was filed on *(date):* November 13, 2017
    b. ☐ The cross-complaint, if any, was filed on *(date):*

3.  **Service** *(to be answered by plaintiffs and cross-complainants only)*
    a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
    b. ☑ The following parties named in the complaint or cross-complaint
        (1) ☑ have not been served *(specify names and explain why not):*
            Mike Jaro, several attempts at personal service made, process server still attempting service.
        (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*
        (3) ☐ have had a default entered against them *(specify names):*
    c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4.  **Description of case**
    a. Type of case in ☑ complaint          ☐ cross-complaint          *(Describe, including causes of action):*
        Wrongful termination, including FEHA Retaliation, Disability and Sexual Orientation Discrimination, False Light, Labor Code §302, and Failure to Engage in the Interactive Process and to Accommodate

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

**BY FAX**

**CM-110**

| PLAINTIFF/PETITIONER: Dr. David Ruschke | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Medtronic, PLC, et. al. | SCV-261529 |

4. b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Dr. Ruschke was wrongfully terminated from his position as a senior patent counsel for Medtronic, PLC, after making complaints that his sexual orientation was being used as a basis to treat him differently in terms of performance. Medtronic also failed to accommodate or engage in the interactive process with Dr. Ruschke after it became aware of a serious heart condition.

☐   *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.   **Jury or nonjury trial**
The party or parties request ☑ a jury trial ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.   **Trial date**
a.   ☐   The trial has been set for *(date):*
b.   ☑   No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.   **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.   ☑   days *(specify number):* 7-10
b.   ☐   hours (short causes) *(specify):*

8.   **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
a.   Attorney:
b.   Firm:
c.   Address:
d.   Telephone number:
e.   E-mail address:
f.   Fax number:
g.   Party represented:
☐   Additional representation is described in Attachment 8.

9.   **Preference**
☐   This case is entitled to preference *(specify code section):*

10.   **Alternative dispute resolution (ADR)**
a.   **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1)   For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2)   For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

b.   **Referral to judicial arbitration or civil action mediation** (if available).
(1)   ☐   This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2)   ☐   Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3)   ☐   This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

**CM-110**

| PLAINTIFF/PETITIONER: Dr. David Ruschke | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Medtronic, PLC, et. al. | SCV-261529 |

10. c.  Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or
have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☑ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☑ Mediation completed on *(date):* July, 2016 |
| (2) Settlement conference | ☑ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

CM-110

| PLAINTIFF/PETITIONER: | Dr. David Ruschke | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Medtronic, PLC, et. al. | SCV-261529 |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify)*:

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

    ☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

**15. Other motions**

☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

Summary Adjudication of Affirmative Defenses, Discovery Motions as Necessary

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Plaintiff | Interrogatories, Requests for Production | May, 2018 |
| Plaintiff | Depositions of percipient witnesses | September, 2018 |
| Plaintiff | CCP §2025.230 Deposition | October4, 2018 |
| Plaintiff | Requests for Admission, Follow Up Written Disc. | November, 2018 |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

| | | CM-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: Dr. David Ruschke | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: Medtronic, PLC, et. al. | SCV-261529 | |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*
Counsel for Defendants has not appeared yet.

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20. Total number of pages attached *(if any):*** _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: March 5, 2018

Dow W. Patten
_____
(TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CM-110 [Rev. July 1, 2011]         **CASE MANAGEMENT STATEMENT**         Page 5 of 5

**PROOF OF SERVICE**

1

2      I declare:

3      My business address is 888 S. Figueroa St., Suite 2030 Los Angeles, California, 90017.  I am

4  over the age of 18 and am not a party to this action.  I am familiar with the business practices at my

5  place of business for collection and processing of mail.  Mail collected and processed is deposited

6
   with the U.S. Postal Service that same day in the ordinary course of business.
7

8  On MARCH 5, 2018, I caused to be served:

9  **PLAINTIFF'S CASE MANAGEMENT STATEMENT**

10  on the party(ies) listed below, addressed as follows:

11

12  Laura R. Petroff
    Winston & Strawn LLP
13  333 S. Grand Avenue
    Los Angeles, CA 90071-1543
14

15
    _____      **By facsimile machine (FAX)** by personally transmitting a true copy thereof via an
16              electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m.

17
     ✗         **By first class mail** by depositing a sealed envelope in the United States mail at San
18              Francisco, California, with postage fully prepaid.

19  _____      **By hand delivery**

20
    _____      **By overnight mail**
21

22      I declare under penalty of perjury of the laws of the State of California that the foregoing is

23  true and correct.

24

25  Executed on MARCH 5, 2018 at San Francisco, California.

26  _____

27

28

                                        1