LAURA R. PETROFF (SBN: 123215)
lpetroff@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

RAQUEL M. MASON (SBN: 301747)
rmason@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendants
MEDTRONIC, INC.
MICHAEL JARO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. DAVID RUSCHKE, an individual, | **Case No.** |
| Plaintiff, | **(Sonoma County Superior Court Case No. SCV-261529)** |
| v. | **DECLARATION OF MICHAEL JARO IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** |
| MEDTRONIC, PLC., formerly MEDTRONIC, INC.; KEITH JARO, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

I, Michael Jaro, declare:

1. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto, under oath.

2. My name is Michael Jaro. I have been erroneously sued in this lawsuit as "Keith Jaro."

3. I was employed by Medtronic, Inc., from June 5, 1999 to March 30, 2016, at their headquarters in Minneapolis, Minnesota.

4. I currently reside in St. Paul, Minnesota, and I intend to remain here. I have lived in Minnesota since 2007. I resided in California from 2000 until 2007.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on ____April 3_____, 2018 at _____, Minnesota.

_____
Michael Jaro

1

DECLARATION OF M. JARO ISO DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT