1 | LAURA R. PETROFF (SBN: 123215)
lpetroff@winston.com
2 | WINSTON & STRAWN LLP
333 S. Grand Avenue
3 | Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
4 | Facsimile:   (213) 615-1750

5 | RAQUEL M. MASON (SBN: 301747)
rmason@winston.com
6 | WINSTON & STRAWN LLP
101 California Street, 35th Floor
7 | San Francisco, CA 94111
Telephone:   (415) 591-1000
8 | Facsimile:   (415) 591-1400

9 | Attorneys for Defendants
MEDTRONIC, INC.
10 | MICHAEL JARO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. DAVID RUSCHKE, an individual, | **Case No. 4:18-cv-02515-PJH** |
| Plaintiff, | *[Case assigned to Hon. Phyllis J. Hamilton]* |
| v. | **DEFENDANTS' SUBMISSION RE REMOVAL** |
| MEDTRONIC, PLC., formerly MEDTRONIC, INC.; KEITH JARO, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the Honorable Phyllis J. Hamilton's Standing Order re Removed Cases, Defendants Medtronic, Inc. ("Medtronic, Inc.") and Michael Jaro ("Jaro") (collectively, "Defendants") hereby submit the following information:

1. All defendants served at the time of removal, Medtronic, Inc. and Jaro, joined in the notice of removal;
2. The removal was not dated more than thirty days after the first defendant was served. Medtronic, Inc., the first defendant served, was personally served on March 29, 2018. The notice of removal was filed on April 27, 2018;
3. No defendant served at the time of removal is a citizen of California; and
4. The citizenship of all named defendants is as follows:
   a. Jaro is a citizen of Minnesota;
   b. Medtronic, Inc. is a citizen of Minnesota (its state of incorporation and its headquarters);
   c. Medtronic, PLC, who has not been served, is a citizen of Ireland (where it is incorporated and headquartered).

Dated: May 10, 2018                    WINSTON & STRAWN LLP


By:  */s/ Laura R. Petroff*
     Laura R. Petroff
     Raquel M. Mason
     Attorneys for Defendants