UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RUSCHKE,<br>　　　　Plaintiff,<br>　　v.<br>MEDTRONIC, PLC, et al.,<br>　　　　Defendants. | Case No. 18-cv-02515-PJH<br><br>**ORDER OF DISMISSAL** |

The court having been advised by Magistrate Judge Corley following a settlement conference, that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; however, if any party hereto shall certify to this Court, with proof of service of a copy thereof to the opposing party, within sixty (60) days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the Court's calendar to be set for trial.

If no certification is filed, after passage of sixty (60) days, the dismissal shall be with prejudice.

**IT IS SO ORDERED.**

Dated: December 18, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge